JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EMILIO GAEL PEREZ BUENO,

Petitioner,

v.

JAMES JANECKA et al.,

Respondents.

Case No. 5:25-cv-03376-CAS-BFM

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this Petition is GRANTED. Respondents are to release Petitioner from custody forthwith.

Dated: February 5, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE